**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **MICHELLE KEENE, LEANNE BENNETT, and THOMAS CREWS,**<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>**CHRIS PRINE, individually and in his official capacity as Sheriff of Lowndes County, GA, LOWNDES COUNTY SHERIFF'S OFFICE, and LOWNDES COUNTY, GA,**<br><br>　　　　Defendants. | Civil Action No. 7:09-cv-141 (HL) |

**ORDER**

The Court finds than an expedited briefing schedule is appropriate for Plaintiffs' Motion for a Jury Trial (Doc. 73). Thus, Defendants are ordered to file a response to Plaintiffs' Motion no later than Friday, June 15, 2012. The deadline for Plaintiffs' reply will be Friday, June 22, 2012. No extensions will be granted absent extenuating circumstances.

**SO ORDERED,** this 1st day of June, 2012.

　　　　　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　　　　　HUGH LAWSON, SENIOR JUDGE

ebr