IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MICHELLE KEENE, LEANNE BENNETT, and THOMAS CREWS,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHRIS PRINE, individually and in his official capacity as Sheriff of Lowndes County, GA, LOWNDES COUNTY SHERIFF'S OFFICE, and LOWNDES COUNTY, GA,<br><br>  Defendants. | Civil Action No. 7:09-cv-141 (HL) |

## ORDER

On Monday, June 4, 2012, Defendants filed a Motion for Rehearing En Banc with the Eleventh Circuit. In light of this pending Motion, the Court orders that the briefing on Plaintiffs' Motions for a Jury Trial (Docs. 73, 75) be stayed until after the Eleventh Circuit issues an opinion on the Motion for Rehearing. The Court will reset deadlines for the responsive pleadings after the Motion for Rehearing has been resolved.

**SO ORDERED,** this 7th day of June, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr