# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **MICHELLE KEENE, LEANNE BENNETT, and THOMAS CREWS,**<br><br>        Plaintiffs,<br><br>        v.<br><br>**CHRIS PRINE, individually and in his official capacity as Sheriff of Lowndes County, GA, LOWNDES COUNTY SHERIFF'S OFFICE, and LOWNDES COUNTY, GA,**<br><br>        Defendants. | Civil Action No. 7:09-cv-141 (HL) |

## ORDER

On October 1, 2012, a mandate from the Eleventh Circuit was issued reversing and remanding this case to the district court for trial. This mandate lifts the stay previously issued in this case which stayed the briefing on the Motions for a Jury Trial (Docs. 73, 75). The new deadline for the Defendants to respond to the Motions for a Jury Trial is Wednesday, October 24, 2012. The deadline for Plaintiffs to file their reply is Wednesday, October 31, 2012. The Court will review these motions once they have been submitted and set the case for trial.

**SO ORDERED,** this 11th day of October, 2012.

                                                          *s/ Hugh Lawson*
                                                          HUGH LAWSON, SENIOR JUDGE

ebr